# United States District Court
## Violation Notice

NR 2221589

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VGT | 9125839 | ZIESEMER | 2987 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07 25 2022 1250 | 36 CFR 4.21 (c) |

**Place of Offense:** TETON PARK ROAD / HIGHLANDS

**Offense Description: Factual Basis for Charge** HAZMAT ☐

SPEED 67/45 MPH

### DEFENDANT INFORMATION

**Last Name:** CLARK  **First Name:** JEFFREY  **M.I.** D

[Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 977 LTA | UT | 02 | CHEVY/SUBURBAN | | GRAY |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☒ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 220.00 Forfeiture Amount
+ $30 Processing Fee
$ 250.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. DISTRICT COURT, 145 EAST SIMPSON, JACKSON, WY 83001, (307) 227-7020

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9125839*

CVB SCAN 08/12/2022 14:26

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
___ my personal observation     ___ my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/12/2022 14:26